UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-82147-MIDDLEBROOKS/Brannon

HOWARD COHAN,

    Plaintiff,

vs.

HEISNER ENTERPRISES PARTNERSHIP,
d/b/a MCDONALD'S #7974,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, HEISNER ENTERPRISES PARTNERSHIP d/b/a MCDONALD'S #7974 ("Defendant"), by and through their respective undersigned counsels, hereby stipulate that this case be dismissed **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements. Plaintiff and Defendant respectfully request that this Court enter an Order of Dismissal **with Prejudice**.

Dated: 2/9/2021

| BY: /s/ Jason S. Weiss | BY: /s/ Justin C. Sorel |
|---|---|
| Jason S. Weiss | Justin C. Sorel |
| Jason@jswlawyer.com | Justin.Sorel@csklegal.com |
| Florida Bar No. 356890 | Florida Bar No. 0016256 |
| **WEISS LAW GROUP, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| 5531 N. University Drive, Suite 103 | 222 Lakeview Avenue, Suite 120 |
| Coral Springs, FL 33067 | West Palm Beach, FL 33401 |
| Tel: (954) 573-2800 | Tel: (561) 383-9200 |
| Fax: (954) 573-2798 | Fax: (561) 683-8977 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |